# Morgan Lewis

**Thomas A. Linthorst**
+1.609.919.6642
thomas.linthorst@morganlewis.com

May 28, 2019

**VIA ECF**

The Honorable Freda L. Wolfson
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re:   <u>Jennifer Porter v. Merrill Lynch Pierce Fenner & Smith, Case No. 3:17-cv-08043</u>**

Dear Judge Wolfson:

We write jointly on behalf of Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") and Plaintiff Jennifer Porter in the above-captioned matter, which the Court conditionally certified under the Fair Labor Standards Act on November 9, 2018 (Dkt. 35). Currently pending before the Court are Plaintiff's Motion for Partial Reconsideration and/or Clarification of the Court's November 9, 2018 Order (Dkt. 37) and a dispute between the parties regarding the form of the proposed notice to prospective collective class members (Dkt. 41). There is a telephonic conference scheduled for May 30, 2019 before Magistrate Judge Bongiovanni (Dkt. 48).

The parties have agreed to engage in mediation in an effort to resolve this matter. The mediation is scheduled for July 24, 2019. In order that the parties may conserve resources while they discuss settlement, the parties respectfully request that the Court stay this matter pending mediation. The parties propose that they submit a joint status update to the Court on or before July 31, 2019, to apprise the Court of the status of the mediation and settlement discussions.

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/ Thomas A. Linthorst*

Thomas A. Linthorst

cc:   Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241           +1.609.919.6600
United States                       +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Steven M. Cohen, Partner-in-Charge