IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------------- X
JENNIFER PORTER, on behalf of herself and all : 
others similarly situated, :
:
                              Plaintiff, :
:
   -against- :    3:17-cv-08043 (FLW)(TJB)
:
MERRILL LYNCH PIERCE FENNER & SMITH, :
INC. :
:
                            Defendant. :
---------------------------------------------------------------------- X

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED RELIEF**

For the reasons set forth in the accompanying Memorandum of Law ("Motion for Final Approval") and supporting Declaration of Louis Pechman ("Pechman Decl."), with its enclosed exhibits, Plaintiff respectfully requests that the Court enter an Order:

(1) granting final approval of the Parties' Joint Stipulation of Settlement and Release (the "Stipulation"), annexed as Exhibit 1 to the Pechman Decl.;

(2) finding for settlement purposes only that the Class satisfies the applicable standards for certification under Rule 23 of the Federal Rules of Civil Procedure;

(3) finding for settlement purposes only that the Settlement Class Members meet the requirements for collective action certification under Section 216(b) of the Fair Labor Standards Act;

(4) granting Class Counsel's request for attorneys' fees of $183,333.33;

(5) granting Class Counsel's request for reimbursement of costs of $5,137.26;

(6) granting the Plaintiff's request for a service award of $15,000.00 to her and for a service award of $2,500.00 to opt-in Plaintiff Christine Rojas;

(7) granting the Claims Administrator's request of $9,896.00 for Settlement Administration Expenses for services it rendered and will render per the Stipulation;

(8) adopting and incorporating by reference all other terms of the Stipulation as part of the Court's Order; and

(9) granting such other or further relief as the Court deems just and proper.

For the Court's convenience, a revised Proposed Final Approval Order is enclosed to this Notice.

Dated: New York, New York
June 1, 2020

PECHMAN LAW GROUP PLLC

By: *s/ Louis Pechman*
Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq. (*pro hac vice*)
488 Madison Avenue, 17th Floor
New York, New York 10022
Tel.: (212) 583-9500
pechman@pechmanlaw.com
cuadra@pechmanlaw.com

THE LAW OFFICES OF MITCHELL SCHLEY, LLC

By: *s/ Mitchell Schley*
Mitchell Schley, Esq.
197 Route 18, Suite 3000
East Brunswick, NJ 08816
Tel.: (732) 325–0318

*Attorneys for Plaintiff Jennifer Porter, the Rule 23 Class, and the FLSA Collective*

Enclosure (proposed Order)